UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFEL A. JONES, SR., ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:12CV242 JAR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Jones's motion to vacate under 28 U.S.C. § 2255.  In the motion, Jones, who is serving a state imposed prison sentence, seeks to reverse an adverse judgment in a civil action.  Section 2255 provides relief only to prisoners in custody under a federal sentence.  As a result, Jones's grounds for relief are not cognizable in § 2255 proceedings, and the Court will summarily dismiss this action.  See 28 U.S.C. § 2255 Rule 4.

Moreover, the Court notes that Jones is a frequent file of frivolous and malicious lawsuits, and he may not proceed in forma pauperis in civil actions because he has incurred at least three "strikes" under 28 U.S.C. § 1915(g).  The instant filing appears to be an attempt to circumvent § 1915(g) through creative titling of his pleadings.  This is impermissible.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 16th day of February, 2012.

                                        /s/ John A. Ross
                                        JOHN A. ROSS
                                        UNITED STATES DISTRICT JUDGE